# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SHANE T. ROBBINS,**

   Petitioner,

 -vs-            Case No. 15-C-1343

**WILLIAM POLLARD,**
**Warden, Waupun Correctional**
**Institution,**

   Respondent.

# DECISION AND ORDER

Pro se Petitioner Shane T. Robbins, a state prisoner, seeks leave to proceed *in forma pauperis* (ECF No. 2) on his petition for a writ of habeas corpus pursuant 28 U.S.C. § 2254.

To authorize a litigant to proceed *in forma pauperis*, the Court must make two determinations: first, whether the litigant is unable to pay the costs of commencing the action; and second, whether the action is frivolous or malicious. 28 U.S.C. §§ 1915(a)(1) and (e)(2). With respect to Robbins' ability to pay the $5.00 filing fee, his inmate trust statement discloses that his regular account balance is $84.81, with average monthly deposits for the past six months of $128.44, Thus, despite his child support obligations, Robbins demonstrates an ability to pay the fee for filing this action.

Therefore, Robbins' motion for leave to proceed *in forma pauperis* is denied. Robbins is advised that if he does not pay the fee by the stated deadline, this action will be dismissed without further order of the Court. *See* Civil L.R. 41(c).

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Robbins' motion for leave to proceed *in forma pauperis* (ECF No. 2) is **DENIED**.

Robbins **must pay** the $5.00 filing fee **no later than December 14, 2015**.

Dated at Milwaukee, Wisconsin, this 13th day of November, 2015.

BY THE COURT:

*[signature]*

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**